*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 20-BG-499**

IN RE HAROLD L. BOYD, III                    **2020 DDN 112**

A Suspended Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 481736**

BEFORE: Glickman and Deahl, Associate Judges, and Steadman, Senior Judge.

**O R D E R**
(FILED— October 1, 2020)

On consideration of Disciplinary Counsel's report regarding petitioner's petition for reinstatement wherein Disciplinary Counsel informs the court that Mr. Boyd has demonstrated that he is fit to resume the practice of law, and it appearing that petitioner is eligible to file the petition for reinstatement, *see, In re Boyd*, 75 A.3d 913 (D.C. 2013), it is

ORDERED that petitioner's petition for reinstatement is granted and Harold L. Boyd, III, is hereby reinstated to the Bar of the District of Columbia.

**PER CURIAM**